IN THE MATTER OF THE APPLICATION OF PLAYBOY–ELSI-
NORE ASSOCIATES FOR A CASINO LICENSE.

November 15, 1983.

Petition for certification denied.

BARRY LAKES COUNTRY CLUB v. TADEUSZ BRANCEWICZ.

November 21, 1983.

ORDERED that the petition for certification is granted and
the order of the Appellate Division of March 29, 1983 is summar-
ily reversed and the matter is remanded to the Appellate Divi-
sion for a reinstatement of the appeal; and it is further

ORDERED that the defendant-appellant shall serve and file
his brief and appendix on the merits of the appeal within 14
days of the filing date of this order.

STATE OF NEW JERSEY v. JOSEPH THOMAS.

November 21, 1983.

Petition for certification denied.